Case 4:25-cv-02320   Document 20   Filed on 12/29/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 31, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY H. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-2320 |
| | § | |
| FRANK BISIGNANO, | § | |
| Acting Commissioner of the Social Security | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Summary Judgment (Doc. No. 10); Defendant's Motion to Reverse and Remand (Doc. No. 17); and Magistrate Judge Palermo's Memorandum and Recommendation (Doc. No. 19) that the motion should be granted. No objections to the Memorandum and Recommendation were filed and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion. Accordingly, it is hereby

**ORDERED** That the Memorandum and Recommendation (Doc. No. 19) is **ADOPTED**. Defendant's Motion to Reverse and Remand (Doc. No. 17) is **GRANTED**. Plaintiff's Motion for Summary Judgment (Doc. No. 10) is **DENIED as moot**. It is further

**ORDERED** that this case is hereby **REMANDED** to the Commissioner of the Social Security Administration for further administrative proceedings

SIGNED this 29th day of December 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE